**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND LABORERS' DISTRICT COUNCIL

Vs. C.A. NO: 08-163S

PYTKO CONSTRUCTION CORP.

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Plaintiffs in the above-entitled action, pursuant to Rule 55(a)of the Federal Rules of Civil Procedure hereby make application to the Clerk for Entry of Default for the Plaintiff against the Defendant for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this application.

Plaintiff,
By and through its Attorneys,

COIA & LEPORE, LTD.

Peter J. Comerford, Esquire #3588
226 South Main Street
Providence, Rhode Island 02903
Telephone No.: (401) 751-5522
Facsimile No.: (401) 331-3758

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND LABORERS' DISTRICT COUNCIL

Vs. C.A. NO: 08-163S

PYTKO CONSTRUCTION CORP.

**AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND**

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is the attorney of record for the Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That the Plaintiff, on the 2nd day of May 2008, filed in this action a Complaint against the Defendant;

3. That not less than twenty (20) days have elapsed since service of the Summons and Complaint upon the Defendant;

4. That examination of the Court files and records in this action shows that the Defendant has failed to plead or otherwise defend as to the Plaintiff's Complaint, and;

5. That this affidavit is executed by the affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain an Entry of Default against the Defendant for failure to plead or otherwise defend as to the Plaintiff's Complaint.

Peter J. Comerford, Esquire #3588

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me at Providence this 29th day of July, 2008.

Anna A. DiBiasio
NOTARY PUBLIC
My Commission Expires 6/21/10

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND LABORERS' DISTRICT COUNCIL

Vs. C.A. NO: 08-163S

PYTKO CONSTRUCTION CORP.

**AFFIDAVIT AS TO COMPETENCY AND NON-MILITARY SERVICE**

The undersigned, being duly sworn, upon oath deposes and says:

That the Defendant is/are not now, nor at the time of the commencement of this action was/were, in the Military Service of the United States as defined in Article 1 of the Soldiers' and Sailors Civil Relief Act of 1940", as amended, nor an infant(s) nor an incompetent(s), and presently reside(s) at 654 Eddie Dowling Highway, North Smithfield, Rhode Island.

________________________
Peter J. Comerford, Esquire #3588

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me at Providence this 29th day of July, 2008.

________________________
NOTARY PUBLIC
My Commission Expires: 6/21/10